SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In the Matter of the Search of Information associated with kerwinelliot@gmail.com, help@Loon-A-Tech.com, and Elliot_P_Kerwin@gmail.com that is stored at premises owned or controlled by Google LLC. | Case No. 20-9347 MB<br>**ORDER**<br><br>**(Filed Under Seal)** |

      The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Google LLC ("Google"), an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account(s) listed in the warrant) of the existence of the attached warrant to search the Google accounts associated with kerwinelliot@gmail.com, help@Loon-A-Tech.com, and Elliot_P_Kerwin@gmail.com (the "Subject Accounts") for 180 days. The United States has further requested that certain documents be sealed for 180 days.

      The Court determines that there is reason to believe that notification of the existence of the attached warrant will seriously jeopardize the investigation or unduly delay a trial, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, notify confederates, intimidate potential witnesses, or endanger the life or physical safety of an individual. *See* 18 U.S.C. § 2705(b).

1   **IT IS THEREFORE ORDERED** under 18 U.S.C. § 2705(b) that Google shall not
2   disclose the existence of the attached warrant, or this Order of the Court, to the listed
3   subscriber(s) or customer(s), or to any other person or entity, for 180 days from the date of
4   this Order, unless further extensions are granted by the Court, except that Google may
5   disclose the attached warrant to an attorney for Google for the purpose of receiving legal
6   advice.

7   **IT IS FURTHER ORDERED** that Google shall not disable, delete, deactivate,
8   or alter the Subject Accounts until further Order of the Court.

9   **IT IS FURTHER ORDERED** that the Search Warrant and Return, the Application
10  for Search Warrant, the Affidavit and any attachments thereto, the instant Motion, and this
11  Order, shall remain under seal for 180 days, unless further extensions are granted by the
12  court.

13  DATED this 13 day of November, 2020.

_____
HONORABLE EILEEN S. WILLETT
United States Magistrate Judge



1  MICHAEL BAILEY
   United States Attorney
2  District of Arizona

3  M. BRIDGET MINDER
   Assistant U.S. Attorney
4  Arizona State Bar No. 023356
   Two Renaissance Square
5  40 N. Central Ave., Suite 1800
   Phoenix, Arizona 85004
6  Telephone: 602-514-7500
   Email: mary.minder@usdoj.gov
7  *Attorneys for Plaintiff*

8             IN THE UNITED STATES DISTRICT COURT

9              FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In the Matter of the Search of Information associated with kerwinelliot@gmail.com, help@Loon-A-Tech.com, and Elliot_P_Kerwin@gmail.com that is stored at premises owned or controlled by Google LLC. | Case No. 20-9347 MB<br><br>**APPLICATION FOR ORDER DIRECTING GOOGLE LLC NOT TO DISCLOSE THE EXISTENCE OF THE WARRANT AND MOTION TO SEAL**<br><br>**(Filed Under Seal)** |

The United States respectfully requests that the Court order Google LLC ("Google") not to notify any person (including the subscriber(s) or customers(s) of the account listed in the search warrant) of the existence of the attached warrant to search the Google accounts associated with kerwinelliot@gmail.com, help@Loon-A-Tech.com, and Elliot_P_Kerwin@gmail.com (the "Subject Accounts") for 180 days, unless extensions are granted by the Court.

Google is a provider of an electronic communication service, as defined in 18 U.S.C. § 2510(15), and/or a remote computing service, as defined in 18 U.S.C. § 2711(2). The United States has requested the court authorize the attached warrant pursuant to 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), which requires Google to disclose certain records and information to the United States. This Court has authority under 18 U.S.C. § 2705(b) to issue "an order commanding a provider of electronic communications service

or remote computing service to whom a warrant, subpoena, or court order is directed, for such period as the court deems appropriate, not to notify any other person of the existence of the warrant, subpoena, or court order." *Id.* The United States requests that the Court make such an order here.

The United States further requests that this Court issue an Order sealing the Search Warrant and Return, the Application for Search Warrant, the Affidavit and any attachments thereto, this Motion, and any resulting Order for 180 days, unless extensions are granted by the court.

Here, both the nondisclosure order and the sealing order is appropriate because the attached warrant relates to an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation, and its disclosure may alert the targets to the ongoing investigation. Accordingly, there is reason to believe that notification of the existence of the attached warrant will seriously jeopardize the investigation or unduly delay a trial, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, notify confederates, intimidate potential witnesses, or endanger the life or physical safety of an individual. *See* 18 U.S.C. § 2705(b). Some of the evidence in this investigation is stored electronically. If alerted to the existence of the warrant, the subjects under investigation could destroy that evidence, including information saved to their personal computers or the cloud.

WHEREFORE, the United States respectfully requests that the Court grant the attached Order directing Google not to disclose the existence or content of the attached warrant for 180 days from the date of the Court's order, unless further extensions are granted by the Court, except that Google may disclose the attached warrant to an attorney for Google for the purpose of receiving legal advice. Additionally, the United States respectfully requests that the Court grant the attached Order to seal.

The United States submits that the integrity of the Subject Accounts are critical to an ongoing criminal investigation, and that the disabling, deletion, deactivation, or altering

of the Subject Accounts could seriously jeopardize the effectiveness of the current investigation. Therefore, the United States respectfully requests that the Court direct Google not to disable, delete, deactivate or alter the Subject Accounts for 180 days, unless further extensions are granted by the Court.

Respectfully submitted this 13th day of November, 2020.

        MICHAEL BAILEY
        United States Attorney
        District of Arizona

        *Bridget Minder* (Digitally signed by MARY MINDER, Date: 2020.11.13 11:54:08 -07'00')

        M. BRIDGET MINDER
        Assistant U.S. Attorney