AO93 Search and Seizure Warrant



# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

In the Matter of the Search of

Information associated with kerwinelliot@gmail.com, help@Loon-A-Tech.com, and Elliot_P_Kerwin@gmail.com that is stored at premises owned or controlled by Google LLC

Case No. 20-9347 MB

**(Filed Under Seal)**

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Northern District of California:

### As further described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

### As set forth in Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before November 27, 2020   *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>any United States Magistrate Judge on criminal duty in the District of Arizona.</u>

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized ☐ for _30_ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 11/13/2020 1:10 PM                        *Judge's signature*

City and state: <u>Phoenix, Arizona</u>                        <u>Honorable Eileen S. Willett, U.S. Magistrate Judge</u>
                                                                                 *Printed name and title*

## ATTACHMENT A

**Property to Be Searched**

This warrant applies to information associated with the identifiers listed below, which are stored at premises controlled by Google, a company located at 1600 Amphitheatre Parkway, Mountain View, CA 94043, which accepts service of legal process at https://lers.google.com/. The following email addresses have been preserved by Google pursuant to a request made under 18 U.S.C. § 2703(f) with Google Reference Number: 4601349.

kerwinelliot@gmail.com
help@Loon-A-Tech.com[1]
Elliot_P_Kerwin@gmail.com

---

[1] The email account with domain "Loon-A-Tech.com" may be a G Suite account. Investigative activity conducted by the FBI indicated that the subject of the investigation manages the Loon-A-Tech.com domain. Therefore, seeking the requested records from the organization would be detrimental to the investigation.

## ATTACHMENT B

### Particular Things to be Seized

I.      **Information to be disclosed by Google (the "Provider")**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, regardless of whether such information is stored, held or maintained inside or outside of the United States, and including any emails, records, files, logs, or information that has been deleted but is still available to the Provider, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), the Provider is required to disclose the following information to the government for each account or identifier listed in Attachment A, for the time period from the date of compliance going back to November 1, 2019 or account creation, whichever is more recent:

a.      The contents of all emails associated with the account, including stored or preserved copies of emails sent to and from the account, draft emails, and deleted emails; attachments; the source and destination addresses associated with each email; the size, length, and timestamp of each email; and true and accurate header information including the actual IP addresses of the sender and recipients of the emails;

b.      The contents of all records associated with the account in Google Drive (including Docs, Sheets, Forms, and Slides) and Google Keep, including: files, folders, media, notes and note titles, lists, applications, and other data uploaded, created, stored, or shared with the account including drafts and deleted records; third-party application data and backups; SMS data and device backups; the creation and change history of each record; accounts with access to or which previously accessed each record; any location, device, other Google service (such as Google

1

Classroom or Google Group), or third-party application associated with each record; and all associated logs, including access logs and IP addresses, of each record.

      c.     The contents of all records associated with the account in Google Cloud Filestore, Google Cloud Storage, and Google Cloud Data Transfer, including: files, folders, media, notes and note titles, lists, applications, and other data uploaded, created, stored, or shared with the account including drafts and deleted records; third-party application data and backups; SMS data and device backups; the creation and change history of each record; accounts with access to or which previously accessed each record; any location, device, other Google service (such as Google Classroom or Google Group), or third-party application associated with each record; and all associated logs, including access logs and IP addresses, of each record.

      d.     The contents of all chat messages and logs associated with the accounts, including Google Voice and Google Hangouts messages;

      e.     The contents of all SMS messages and logs associated with the accounts, including Google Voice and Google Hangouts messages;

      f.     All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses, user-agent strings, and MAC addresses associated with session times and dates, account status, alternative email addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

      g.     The types of service utilized;

h.      All records or other information stored at any time by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files;

i.      All records pertaining to communications between the Provider and any person regarding the account, including contacts with support services and records of actions taken;

j.      All Internet search and browsing history, and application usage history, including Web & App Activity, Voice & Audio History, Google Assistant, and Google Home, including: search queries and clicks, including transcribed or recorded voice queries and Google Assistant responses; browsing history, including application usage; bookmarks; passwords; autofill information; alerts, subscriptions, and other automated searches, including associated notifications and creation dates; user settings; and all associated logs and change history.

The provider is hereby ordered to disclose the above information to the government within 14 days of service of this warrant.

**Special Agent Leigh Wiegert**
**Federal Bureau of Investigation**
**21711 N 7th St**
**Phoenix, AZ 85024**
**lewiegert@fbi.gov**
**623-466-1280**

3

II.     **Information to be seized by the government**

All information described above in Section I that constitutes fruits, contraband, evidence and instrumentalities of violations of 18 U.S.C. § 1028(a)(7), Unlawful Possession of a Means of Identification, 18 U.S.C. § 1030(a)(2)(C), Fraud and Related Activity in Connection with Computers, and 18 U.S.C §§ 371 & 1030(b), Conspiracy, for each account or identifier listed on Attachment A, pertaining to the following matters:

(a) The storage, either currently or previously, of data procured by the subject as a result of the crime under investigation;

(b) Evidence indicating how and when the account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the account owner;

(c) Evidence indicating the account owner's state of mind as it relates to the crime under investigation;

(d) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person;

(e) Preparatory steps taken in furtherance of the intrusion, communications regarding execution of the intrusion, and information regarding tools used for in furtherance of the intrusion; and

(f) Records relating to who created, used, or communicated with the account or identifier, including records about their identities and whereabouts.

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and

instrumentalities described in this warrant.  The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts.  Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

## RETURN

| Case No.: | Date and Time Warrant Executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 20-9347 MB | 11/19/2020  3:58 PM | N/A |

Inventory Made in the Presence of:

Inventory of the property taken and name of any person(s) seized:

See attached list of files

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/20/2020

_____
Executing officer's signature

SA Leigh Wiegert, FBI
Printed name and title

- 4630370-20201116-1.zip
- 4630370-20201116-2.zip
- 4630370-20201117-1.zip
- 4630370-20201117-2.zip
- 4630370-20201117-3.zip
- 4630370-20201117-4.zip
- 4630370-20201117-5.zip
- 4630370-20201117-6.zip
- 4630370-20201117-7.zip
- 4630370-20201117-8.zip
- 4630370-20201117-9.zip
- 4630370-20201117-10.zip
- 4630370-20201117-11.zip
- 4630370-20201117-12.zip
- 4630370-20201117-13.zip
- 4630370-20201117-14.zip
- 4630370-20201117-15.zip
- 4630370-20201117-16.zip
- 4630370-20201117-17.zip
- 4630370-20201117-18.zip
- 4630370-20201117-19.zip
- 4630370-20201117-20.zip
- 4630370-20201117-21.zip
- 4630370-20201117-22.zip
- 4630370-20201117-23.zip
- 4630370-20201117-24.zip
- 4630370-20201117-25.zip
- 4630370-20201117-26.zip
- 4630370-20201117-27.zip
- 4630370-20201117-28.zip
- 4630370-20201117-29.zip
- 4630370-20201117-30.zip
- 4630370-20201117-31.zip
- 4630370-20201117-32.zip
- 4630370-20201117-33.zip
- 4630370-20201117-34.zip
- 4630370-20201117-35.zip
- 4630370-20201117-36.zip
- 4630370-20201117-37.zip
- 4630370-20201117-38.zip
- 4630370-20201117-39.zip
- 4630370-20201117-40.zip
- 4630370-20201117-41.zip
- 4630370-20201117-42.zip
- 4630370-20201117-43.zip
- 4630370-20201117-44.zip
- 4630370-20201117-45.zip
- 4630370-20201117-46.zip
- 4630370-20201117-47.zip
- 4630370-20201117-48.zip
- 4630370-20201117-49.zip
- 4630370-20201117-50.zip
- 4630370-20201117-51.zip
- 4630370-20201117-52.zip
- 4630370-20201117-53.zip
- 4630370-20201117-54.zip
- 4630370-20201117-55.zip
- 4630370-20201117-56.zip
- 4630370-20201117-57.zip
- 4630370-20201117-58.zip
- 4630370-20201117-59.zip
- 4630370-20201117-60.zip
- 4630370-20201117-61.zip
- 4630370-20201117-62.zip
- 4630370-20201117-63.zip
- 4630370-20201117-64.zip
- Letter 4630370.pdf
- Supplemental Letter 4630370.pdf