# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In the Matter of the Search of Information associated with kerwinelliot@gmail.com, help@Loon-A-Tech.com, and Elliot_P_Kerwin@gmail.com that is stored at premises owned or controlled by Google LLC. | Case No. 20-9347MB<br>**ORDER**<br>(Second Extension)<br>(Filed Under Seal) |

Based upon the United States of America's Motion to Extend Time to Maintain Search Warrant Materials Under Seal, and good cause appearing,

**IT IS HEREBY ORDERED** that the time to maintain under seal the Search Warrant and Return, the Application for Search Warrant, the Affidavit and any attachments thereto, the Nondisclosure Application and Order, the Motion to Seal, and the Order to Seal be extended for an additional 180 days, unless further extensions are granted by the Court.

**IT IS FURTHER ORDERED** that the Order to Seal shall be extended from November 8, 2021, to and including May 7, 2022.

**IT IS FURTHER ORDERED** that the instant Motion and this Order be filed under seal.

DATED this 27 day of October, 2021.

HONORABLE DEBORAH M. FINE
United States Magistrate Judge

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

M. BRIDGET MINDER
Arizona Bar No. 023356
Email: Mary.Minder@usdoj.gov
WILLIAM G. VOIT
Arizona State Bar No. 025808
Email: William.Voit@usdoj.gov
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Attorneys for Plaintiff

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| In the Matter of the Search of Information associated with kerwinelliot@gmail.com, help@Loon-A-Tech.com, and Elliot_P_Kerwin@gmail.com that is stored at premises owned or controlled by Google LLC. | Case No. 20-9347MB<br><br>**MOTION TO EXTEND TIME TO MAINTAIN SEARCH WARRANT MATERIALS UNDER SEAL**<br><br>**(Second Extension)**<br><br>**(Filed Under Seal)** |
|---|---|

On November 13, 2020, the Court authorized a search warrant in the above-captioned matter and ordered that the Search Warrant and Return, the Application for Search Warrant, the Affidavit and any attachments thereto, the Nondisclosure Application and Order, the Motion to Seal, and the Order to Seal filed in this matter ("the Sealed Materials") would remain under seal for 180 days, unless further extensions were granted by the Court. The Court previously issued one extension of this Order. The current date on which the order to seal is set to expire is November 8, 2021. The United States is now seeking an order extending the order to seal for an additional 180 days from November 8, 2021, up to and including May 7, 2022.[1]

---

[1] The United States is not seeking a second extension of the Nondisclosure Order, which also expires November 8, 2021.

An order extending the sealing of the Sealed Materials is authorized and appropriate. *See Matter of Search Warrants Executed on February 14, 1979*, 600 F.2d 1256, 1257 (9th Cir. 1979) ("[c]ourts have inherent power, as an incident of their constitutional function, to control papers filed with the courts within certain constitutional and other limitations."). Sealed Materials are regularly maintained under seal by the Court pending the completion of a criminal investigation.

Here, an extension of the sealing order is appropriate because the search warrant relates to an ongoing criminal investigation by the FBI, the nature, scope, and direction of which are not public. There is reason to believe release of the Sealed Materials would seriously jeopardize the investigation or unduly delay a trial, including by giving targets or others an opportunity to destroy or tamper with evidence or intimidate potential witnesses. *See, e.g., In re Search Warrant for Secretarial Area Outside Office of Gunn*, 855 F.2d 569, 574 (8th Cir. 1988) (affirming district court's order sealing affidavit and other documents attached to search warrant, holding it was "necessitated by compelling government interest—the on-going investigation" and there was "a substantial probability that the government's on-going investigation would be severely compromised if the sealed documents were released").

Based on the foregoing, the United States respectfully requests the Court extend the time for maintaining the Sealed Materials under seal for an additional 180 days. The government further requests this Motion, and any order resulting from it, be filed under seal.

Respectfully submitted this 27th day of October, 2021.

> GLENN B. McCORMICK
> Acting United States Attorney
> District of Arizona
>
> *Bridget Minder*  MARY MINDER 2021.10.27 14:30:54 -07'00'
>
> M. BRIDGET MINDER
> WILLIAM G. VOIT
> Assistant U.S. Attorneys